| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Natchez Hotel Management LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **IRS Centralized Insolvency P. O. Box 7346 Philadelphia, PA 19101-7346** | | | | | | **$0.00** |
| **Louisiana DOR 617 North Third Street P. O. Box 201 Baton Rouge, LA 70821-0201** | | | | | | **$0.00** |
| **Miss. DOR P. O. Box 22808 Bankruptcy Section Jackson, MS 39225** | | | | | | **$0.00** |
| **Red Oak Capital Fund, III, LLC Suite 211 625 Kenmoor Avenue SE Grand Rapids, MI 49546** | | | | **Unknown** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## Southern District of Mississippi

In re  __Natchez Hotel Management LLC__  
Debtor(s)

Case No.  
Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __Natchez Hotel Management LLC__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 2, 2021**  
Date

**/s/ R. Michael Bolen Miss. Bar**  
**R. Michael Bolen Miss. Bar 3615**  
Signature of Attorney or Litigant  
Counsel for  __Natchez Hotel Management LLC__  
**Hood & Bolen, PLLC**  
**Attorneys at Law**  
**3770 Highway 80 West**  
**Jackson, MS 39209**  
**(601)923-0788 Fax:hoodbolen.com**  
**rmb@hoodbolen.com**