UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

NATCHEZ HOTEL MANAGEMENT LLC        CASE NO. 21-01438-KMS

DEBTOR.                              CHAPTER 11

## Notice of Deficiency

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the item(s) described below be filed **immediately**.

- **List of Equity Security Holders**
- **Schedules A/B, D, E/F, G, & H** *(Official Forms: 206 A/B, 206 D, 206 E/F, 206 G, & 206 H)*
- **Summary of Assets and Liabilities** *(Official Form 206Sum)*
- **Statement of Your Financial Affairs**: *(Official Form 207)*
- **Declaration Under Penalty of Perjury for Non-Individuals**: *(Official Form 202)*
- **Attorney Disclosure Statement**: *(Official Form 2030)*

In the event the above documents are not filed on or before **September 16, 2021** the Court may dismiss this case without further notice or hearing.

Dated: September 3, 2021                Danny L. Miller, Clerk of Court

                                        By: /s/ **Katie Wise**

                                        Dan M. Russell, Jr. U. S. Courthouse
                                        2012 15th Street, Suite 244
                                        Gulfport, MS 39501
                                        228-563-1790